## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| QUARK IMAGES LLC, | |
| Plaintiff, | Case No. 2:10-cv-293 |
| v. | **JURY TRIAL DEMANDED** |
| ADIDAS AG; et al | |
| Defendants. | |

## ORDER

CAME ON THIS DAY for consideration the Plaintiff's Unopposed Motion to Change the Name of Defendant Oakley, Inc., and the Court being of the opinion that said motion should be GRANTED in all respects, it is therefore ORDERED, That Oakley Direct, Inc. is hereby substituted in the above entitled action as the real party in interest in place of Defendant Oakley, Inc and shall answer or otherwise respond to Plaintiff's Original Complaint on or before November 9, 2010;

1. The caption in this action is reformed to match the caption on this order. It is further

2. Ordered that All claims against Oakley, Inc. are dismissed without prejudice.

SIGNED this 15th day of October, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE